IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HENRY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| WILLIAM WOLFE, et al. | : | NO. 02-4746 |

ORDER

AND NOW, this _____ day of July, 2002, it appearing that petitioner has filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and

it further appearing that this petition was not filed with the <u>current</u> standard 28 U.S.C. §2254 form, effective August 1, 2001, as required by Local Civil Rule 9.3, it is hereby

ORDERED that leave is granted petitioner to proceed in forma pauperis, for the purpose of all proceedings in this court and also for purposes of filing of a notice of appeal, and, it is further

ORDERED that the Clerk of Court furnish petitioner with the current forms for filing a petition pursuant to 28 U.S.C. §2254 and bearing the above-captioned civil action number, and, it is further

ORDERED that petitioner shall <u>complete</u> these forms as directed by Local Civil Rule 9.3 (that is, by setting forth his entire argument on the forms, without recourse to any attachments) and return them to the Clerk of Court within thirty (30) days, or else this civil action will be dismissed.

_____
JOHN R. PADOVA, J.